Jocilyn B. Oyler, SC# 22229
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: 785.940.1124
Fax: 785.296.0014
Jocilyn.Oyler1@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC L. TROTTER, #79061** )<br>)<br>**Plaintiff,** )<br>) <br>**v.** )<br>)<br>**CCI MARLENE BROOKS, et al** )<br>)<br>**Defendants.** ) | Case No. 20-CV-3230-SAC |

### MARTINEZ REPORT

**COMES NOW**, counsel undersigned for the Kansas Department of Corrections as an Interested Party (KDOC), and in accordance with the Court's Order [Doc. #10, filed October 1, 2021] submits the following Martinez Report as an aid to the Court in further screening the merits of Eric Trotter's (Resident Trotter) claims. This report is based upon affidavit testimony and official internal facility documentation available at the time of preparation. KDOC reserves the right to seek leave to supplement this report in the unlikely event additional evidence is discovered or becomes available

### Introduction

Resident Trotter has filed a pro se complaint pursuant to U.S.C. §1983. He claims a denial of his procedural due process rights under the Fourteenth Amendment (Count 1), and denial of his Eighth Amendment rights (Count 2) to be free of from cruel and unusual punishment. He seeks

compensatory and punitive damages.  In support of his claims(s), Plaintiff alleges the following: [DOC.#7-1, filed October 7, 2020]:

a. Resident Trotter had safety concerns. [DOC. #7]

b. Resident Trotter's safety concerns were reported to CCI Marlene Brooks. She, in turn, reported those concerns to EAI Supervisor John Cannon; [DOC.#7]

c. Classification Administrator Maria Bos dealt with housing at EDCF; [DOC.#7]

d. Despite Resident Trotter's concerns, he was housed in EDCF; [DOC.#7]

e. As a result, the Resident was attacked twice in general population, once on June 3rd, 2020, and once on June 18th, 2020.  [DOC.#7]

**Summary of Investigation**

A review of the relevant facility documentation, along with interviews of witnesses and persons knowledgeable about Plaintiff's claims have been compiled, and now are submitted to the Court as Exhibits, either attached hereto or filed under seal, and incorporated as if fully set forth herein.  Based upon the foregoing inquiry, the findings and conclusions are rendered below and cited to each supporting Exhibit.

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | KASPER (Kansas Adult Supervised Population Electronic Repository) Information Sheet |
| B | Movement Log for Resident Eric Trotter, #79061 |
| C | Affidavit of Marlene Brooks |
| D | Affidavit of Classification Administrator Maria Bos |
| E | Affidavit of EAI Supervisor John Cannon |

| F | Kansas Department of Corrections Classification Manual |
|---|---|
| G | Disciplinary Report 20-04-199 |
| H | Wiki definition 6 poppin' |
| I | Disciplinary Report 20-04-214 |
| J | Report 07-20-2424 (File under seal) |
| K | Report 07-20-2604 (File under seal) |
| L | Administrative Segregation Report 20-0704 |
| M | Protective Custody Waiver 06-03-2020 |
| N | Narrative Report Storck 06-03-2020 |
| O | Narrative Report Wallace 06-03-2020 |
| P | Administrative Segregation Report 20-0823 |
| Q | Protective Custody Waiver 06-17-2020 |
| R | Disciplinary Report 20-06-373 |
| S | Picture of Trotter's head injury |
| T | Picture of Padlocks |
| U | Grievance to Secretary of Corrections |
| V | Declaration of Darcie Holthaus |

## **FINDINGS OF THE KDOC**

### **The Parties and Witnesses**

1. Eric Trotter, #79061 (Trotter) is a Resident currently in the custody of the Kansas Department of Corrections and currently incarcerated at Hutchinson Correctional Facility in Hutchinson, Kansas. He has convictions for Kidnapping, Aggravated Intimidation of a

      Witness or Victim, six (6) convictions for Violation of Protective Order from Abuse, multiple convictions for Criminal Possession of a Firearm by a Felon, as well as numerous other convictions. He is 38 years old. During his KDOC career, he has had 48 Disciplinary Reports. (Exhibit A, Exhibit B)

2. Defendant Marlene Brooks (CCI Brooks) is a Corrections Counselor I at Winfield Correctional Facility. She was employed at El Dorado Correctional Facility (EDCF) and was employed in that capacity from November 2018 to July 12, 2020. (Exhibit C)

3. Maria Bos (Bos) is the Classification Administrator for El Dorado Correctional Facility and has served in various capacities at EDCF since 2000. (Exhibit D)

4. John Cannon (Cannon) was employed as Supervisor of the Enforcement, Apprehension, and Investigation (EAI) Office at El Dorado Correctional Facility at all times relevant to the facts stated in the Petition. (Exhibit E).

**Chronology of Events**

5. Resident Trotter was committed into the custody of the Kansas Department of Corrections (KDOC) on February 5, 2020. (Exhibits A and B)

6. When a resident comes into the KDOC, he or she is given a classification and custody level to determine appropriate placement for housing. That determination is based on several things as set forth in the "Kansas Department of Corrections Classification Manual" and can be changed or modified as necessary in accordance with the manual. (Exhibit F)

7. Upon arrival in KDOC, Resident Trotter was housed in the Reception and Diagnostic Unit (RDU) at El Dorado Correctional Facility (EDCF) where he remained for approximately three (3) months while he underwent evaluations by medical, mental health, education and

      received his classification and custody level.  He did not communicate any concerns for his safety during this time.   (Exhibit B, Exhibit F)

8. On April 12, 2020, at approximately 10:10 a.m., Resident Trotter was still in Restrictive Housing Unit (RHU) but began yelling at a general population resident.  After being reminded he was not allowed to speak to the general population residents, Resident Trotter stated, "It's Easter man.  I'm gonna talk to my people, that's fam! Six (6) poppin!" (Exhibit G)

9. "Six (6) poppin'" is known to be a phrase used by the gang, "Folk Nation." (Exhibit H)

10. On April 13, 2020, Resident Trotter was found guilty of Disobeying Orders, and Security Threat Group (making gang related comments). (Exhibit I)

11. On May 14, 2022, Resident Trotter and Resident Baker were involved in the battery of another Resident in the shower area.  (Exhibit J, Exhibit K)

12. On May 14, 2020, Resident Trotter was placed in Administrative Segregation because of the battery incident. (Exhibit L)

13. Resident Trotter signed an Acknowledgement and Release Protective Custody Form at 8:00 a.m. on June 3, 2020. (Exhibit M)

14. On June 3, 2020, Resident Trotter was transferred to General Population at EDCF. (Exhibit B)

15. On June 3, 2020, at approximately 5:20 p.m. Resident Trotter was involved in a fight with another inmate in his cell in EDCF General Population. (Exhibit N)

16. Classification Administrator Maria Bos did not have advance knowledge of any danger to Resident Trotter.  She later heard that the fight was due to "Snitching." (Exhibit D)

17. EAI Supervisor John Cannon was not aware of any danger to Resident Trotter. (Exhibit E)

18. Chemicals were deployed to stop the altercation, and Resident Trotter was decontaminated per KDOC procedure. (Exhibit N, Exhibit O)

19. After Resident Trotter's decontamination, he was placed on "Prehearing Detention" status and housed in Segregation. (Exhibit P)

20. Resident Trotter was released from Segregation after signing an Acknowledgement and Release Protective Custody Form at 8:00 a.m. on June 17, 2020. (Exhibit Q)

21. On June 18, 2020, Resident Trotter was battered by two other inmates holding padlocks attached to belts in the programs area at EDCF. (Exhibit R, Exhibit T)

22. Resident Trotter had head injuries that were documented. (Exhibit S)

23. Resident Trotter did not file any grievances concerning these matters. The KDOC has no record of any claim for personal injuries or requests for any compensation for injuries which occurred as a result of the altercation described in the Petition. (Exhibit V)

24. Resident Trotter filed a grievance involving a legal issue to the Secretary of Corrections in March 2021. (Exhibit U)

**SUMMARY AND CONCLUSION**

Resident Trotter was involved in three altercations at El Dorado Correctional Facility. He did not submit any grievances regarding his safety during his time at EDCF. EDCF staff did not have prior knowledge that Resident Trotter might be unsafe at EDCF.

Respectfully Submitted,

/s/  Jocilyn B. Oyler
Jocilyn B. Oyler, SC# 22229
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: 785.940.1124
Fax: 785.296.0014
Jocilyn.Oyler1@ks.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 19th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Natasha Carter
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

I further certify I sent via United State Postal mail a copy of the foregoing, with exhibits A, B, C, D, E, F, G, H, I, L, M, N, O, P, Q, R, S, T, U, V, and only the Affidavit in Exhibit J, K, on the 19th day of April, 2022

Eric Trotter #79061
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568

                                                           /s/ Jocilyn B. Oyler
                                                             Jocilyn B. Oyler