# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**ERIC LaMONT TROTTER,**

        **Plaintiff,**

v.                                    Case No. 20-3230-SAC

**J. CANNON, MARSHA BOS and MARLENE BROOKS,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )     **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)     **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed.

Entered on the docket 06/10/22

**Dated:  June 10, 2022**                  SKYLER B. O'HARA
                                                  CLERK OF THE DISTRICT COURT


                                                    **s/S. Nielsen-Davis**
                                                    **Deputy Clerk**